IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 2016 APR 12  A 8:42 |
| vs. | * | Case No.   16-938-BPG |
| BENJIE MONTALBAN | * | |

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __APRIL 13, 2016__ (date) at ~~2:30~~ 3:00 pm (time) before __STEPHANIE A. GALLAGHER__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

April 11, 2016
Date

Beth P. Gesner
United States Magistrate Judge