**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2016 APR 18 P 12: 11

**UNITED STATES OF AMERICA** *

**vs.** * **Case No. 16-938BPG**

**BENJIE MONTALBAN** *

******

**ORDER OF DETENTION BY AGREEMENT**

A hearing, having been held on this date, at which the defendant was represented by Susie Hensler, Esq., and the Government was represented by Assistant United States Attorney Matthew Maddox, it is

**ORDERED,** this 18TH day of April 2016, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties until continuation of a detention hearing at a time to be determined. ~~without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.~~

Stephanie A. Gallagher
United States Magistrate Judge