**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. BPG-16-938** |
| **BENJIE MONTALBAN** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## WAIVER OF PRELIMINARY HEARING

Defendant Benjie Montalban ("Mr. Montalban"), by and through his undersigned counsel, hereby waives his right to a preliminary hearing within 14 days of his initial appearance on a criminal complaint, pursuant to Fed. R. Crim. P. 5.1(a)(1).

Respectfully submitted,

_____/s/_____
SUSAN HENSLER, ESQ. (# 95180)
Mt. Washington Mill
1340 Smith Avenue, Suite 200
Baltimore, Maryland 21209
(410) 925-5675 (p)
(410) 779-1201 (f)
susie.hensler@outlook.com